1 LENARD E. SCHWARTZER
2850 SO. JONES BLVD., STE. 1
2 LAS VEGAS, NV 89146
Phone: (702) 307-2022
3 E-Fax: (702) 974-0976

RECEIVED
AND FILED

AUG 3 11 17 AM '11

4 TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Case No. BK-S-09-30559 BAM |
| | ) |
| GUTIERREZ, NICOLAS | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) |
| | ) NOTICE OF UNCLAIMED FUNDS |
| Debtor(s) | ) |
| | ) |

TO:       Clerk, United States Bankruptcy Court

FROM:    Lenard E. Schwartzer, Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 2 | HSBC Bank<br>POB 5253<br>Carol Stream, IL 60197 | | $ 194.44 |
| 3 | HSBC Bank<br>POB 5253<br>Carol Stream, IL 60197 | | $ 542.98 |
| | Total | $ 0.00 | $ 737.42 |

Date: *August 2, 2011*

_____
Trustee Lenard E. Schwartzer

Note:  Claims that are $25.00 or less go into CAS 106000.
Claims that are more than $25.00 to into CAS 613300.
The amounts that are to be deposited into the registry can be written on one check.

Receipt # 203272          737.42